# UNITED STATES DISTRICT COURT
## Northern District of California

IAC SEARCH AND MEDIA,

        Plaintiff(s),

  v.

EVERYCLICK LTD,

        Defendant(s).

No. C 09-05725 MEJ

**ORDER VACATING CMC**

**ORDER RE STATUS**

The Court is in receipt of Plaintiff's Case Management Statement, filed March 4, 2010. (Dkt. #8.) As Plaintiff has filed for entry of default against the defendant, the Court hereby VACATES the March 11, 2010 Case Management Conference. If the Clerk of Court enters default, Plaintiff shall file a motion for default judgment within 30 days. If the Clerk declines to enter default, Plaintiff shall file a status report within 14 days from that date.

**IT IS SO ORDERED.**

Dated: March 4, 2010

                                              Maria-Elena James
                                              Chief United States Magistrate Judge