IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAC SEARCH & MEDIA, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>EVERYCLICK, LTD., a United Kingdom company,<br><br>            Defendant. | No. C 09-05725 WHA<br><br>**ORDER STRIKING ANSWER** |

Under Local Civil Rule 3-9(b), "[a] corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." Defendant Everyclick, Ltd. recently filed a "defence and counterclaim," signed by its Managing Director (a signature is present, but it is unclear what name has been signed). There is no indication that this person is a "member of a bar of this Court." *See* Civ. L. R. 11-1. As such, the answer filed by defendant is **STRIKEN**. Defendant should also be aware that default was entered against it on March 4, 2010, and a motion for default judgment is now pending (Dkt. Nos. 7, 13). A hearing on the motion for default judgment has been noticed for May 13, 2010. To avoid the entry of default judgment, defendant *must* move to set aside the entry of default — in compliance with the local rules of the Northern District of California and the Federal Rules of Civil Procedure — no later than **MAY 12, 2010**.

**IT IS SO ORDERED.**

Dated: April 28, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE