MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
E-mail: rplatt@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
KEVIN P. DWIGHT (Bar No. CA 239476)
E-mail: kdwight@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

*Attorneys for Plaintiff and Cross-Defendant*
IAC SEARCH & MEDIA, INC.

GCA LAW PARTNERS LLP
WILLIAM D. CONNELL (Bar No.CA 89124)
E-mail: bconnell@gcalaw.com
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

*Attorneys for Defendant and Cross-Claimant*
EVERYCLICK LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| IAC SEARCH & MEDIA, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>EVERYCLICK, LTD., a United Kingdom company,<br><br>          Defendant.<br><br>AND RELATED CROSS-CLAIM | Case No.  CV-09-5725-WHA    [ECF]<br><br>**STIPULATION TO CONTIUNE MEDIATION DEADLINE;  [PROPOSED] ORDER**<br><br>**Proposed Mediation Date:  October 26, 2010**<br><br>**Complaint Filed:  Dec. 4, 2009**<br>**Trial Date:   May 23, 2011** |

Plaintiff and Cross-Defendant IAC Search & Media, Inc. ("Plaintiff" or "IAC Search and Media") and Defendant and Cross-Claimant Everyclick Ltd ("Defendant" or "Everyclick"), by and through their respective undersigned counsel of record, hereby submit this Stipulation and Proposed Order.

**Recitals and Background**

A. At the Case Management Conference on June 24, 2010, the Court referred this matter to the ADR Unit for Mediation [Dkt# 52], and, on July 13, 2010, the parties received Notice that Samuel R. Miller had been appointed as Mediator. [Dkt #53]

B. Pursuant to ADR L.R. 6-6, counsel for both parties and the Mediator conducted a telephone conference on September 13, 2010 to discuss scheduling issues, logistics and procedures to be followed, etc.

C. Due to deposition and trial-related conflicts in scheduling for counsel and the Mediator, as well as logistics involved in obtaining the participation of principals for both parties located in New York and England, respectively, it was determined that it would not be possible to conduct the Mediation Session on or before September 22, 2010.

D. However, the parties and the Mediator agreed that the Mediation Session could be scheduled for October 26, 2010, and further agreed to submit this Stipulation seeking an Order extending the mediation deadline to and including November 1, 2010, in order to allow the Mediation Session to go forward and be completed pursuant to this agreed date.

**Stipulation**

1. The parties, with the concurrence of the appointed Mediator and subject to the approval of the Court, stipulate that the deadline for conducting the mediation in the above-captioned matter shall be continued to and including November 1, 2010.

2. The parties, with the concurrence of the appointed Mediator and subject to the approval of the Court, stipulate that the Mediation Session in the above-captioned matter shall take place on October 26, 2010, at a time and location to be mutually agreed upon by the parties and the Mediator.

| | | |
|---|---|---|
| Dated: | September 22, 2010 | MANATT, PHELPS & PHILLIPS, LLP<br>Robert H. Platt<br>Kevin P. Dwight |

By:     /s/
       Kevin P. Dwight
*Attorneys for Plaintiff and Cross-Defendant*
IAC SEARCH & MEDIA, INC.

Dated:    September 20, 2010     GCA LAW PARTNERS LLP
                                              William D. Connell

By:     /s/
       William D. Connell

*Attorneys for Defendant and Cross-Claimant*
EVERYCLICK LTD.

## **ATTESTATION**

I, William D. Connell, am counsel for Defendant and the registered ECF user whose username and password are being used to file this JOINT STATUS STATEMENT. In compliance with General Order 45 X.B, I hereby attest that the above-identified counsel for Plaintiff concurred in this filing.

Dated:    September 22, 2010     GCA LAW PARTNERS LLP
                                              William D. Connell

By:     /s/
       William D. Connell

*Attorneys for Defendant and Cross-Claimant*
EVERYCLICK LTD.

# ORDER

Having reviewed the Stipulation jointly submitted on behalf of Plaintiff IAC Search and Media, Inc., and Defendant Everyclick, Ltd., and GOOD CAUSE appearing therefore,

**IT IS HEREBY ORDERED**:

1. The deadline for conducting the mediation in the above-captioned matter shall be continued to and including November 1, 2010.

2. The Mediation Session in the above-captioned matter shall take place on October 26, 2010, at a time and location to be mutually agreed upon by the parties and the Mediator.

**This extension shall not affect any other deadlines set forth by the Court.**

**IT IS SO ORDERED.**

DATED: September 27, 2010

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE