1  MANATT, PHELPS & PHILLIPS, LLP
   ROBERT H. PLATT (Bar No. CA 108533)
2  E-mail: rplatt@manatt.com
   11355 West Olympic Boulevard
3  Los Angeles, CA 90064-1614
   Telephone: (310) 312-4000
4  Facsimile: (310) 312-4224

5  MANATT, PHELPS & PHILLIPS, LLP
   KEVIN P. DWIGHT (Bar No. CA 239476)
6  E-mail: kdwight@manatt.com
   One Embarcadero Center, 30th Floor
7  San Francisco, CA 94111
   Telephone: (415) 291-7400
8  Facsimile: (415) 291-7474

9  *Attorneys for Plaintiff*
   IAC SEARCH & MEDIA, INC.
10
   GCA LAW PARTNERS LLP
11 WILLIAM D. CONNELL (Bar No. CA 891241)
   E-mail: bconnell@gcalaw.com
12 ROBERT W. LUCKINBILL (Bar No. CA 131977)
   E-mail: rluckinb@gcalaw.com
13 1891 Landings Drive
14 Mountain View, CA 94043
   Telephone: (650) 428-3900
15 Facsimile: (650) 428-3901

16 *Attorneys for Defendant*
17 Everyclick, Ltd.

18                UNITED STATES DISTRICT COURT
19                     NORTHERN DISTRICT
20                   SAN FRANCISCO DIVISION
21

22 | IAC SEARCH & MEDIA, INC., a Delaware corporation, | Case No. CV 09-05725 WHA |
   |---|---|
   | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
   | vs. | |
   | EVERYCLICK, LTD., a United Kingdom company, | |
   | Defendant. | |

28

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

300191246.1                         1                 STIPULATION AND [PROPOSED] ORDER OF
                                                      DISMISSAL WITH PREJUDICE
                                                      CASE NO. CV 09-05725 WHA

1    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff IAC Search & Media, Inc. ("IACSAM") and Defendant Everyclick, Ltd. ("Everyclick"), through their undersigned counsel of record, that:

1. On December 4, 2009, IACSAM filed its Complaint against Everyclick;

2. On May 28, 2010, Everyclick filed its Answer and Counterclaim against IACSAM;

3. IACSAM hereby dismisses its claims against Everyclick with prejudice pursuant to Federal Rule of Civil Procedure 41(a);

4. Everyclick hereby dismisses its counterclaims against IACSAM with prejudice pursuant to Federal Rule of Civil Procedure 41(a); and

5. Each party will bear its own legal expenses, including without limitation, attorneys' fees and costs.

**THE CLERK SHALL CLOSE THE FILE.**

| /s/ Kevin P. Dwight | /s/ William D. Connell |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP | GCA LAW PARTNERS LLP |
| ROBERT H. PLATT | WILLIAM D. CONNELL |
| KEVIN P. DWIGHT | ROBERT W. LUCKINBILL |
| Attorneys for Plaintiff | Attorneys for Defendant |
| IAC Search & Media, Inc. | Everyclick, Ltd. |
| Dated: December 20, 2010 | Dated: December 20, 2010 |

**SO ORDERED:**

Dated:   December 20, 2010.     By: _____
                                       United States District Court Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

300191246.1

2

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. CV 09-05725 WHA